## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE:  Michael H. Kollar | ) | Case No.  19-20861-JJT |
| | ) | Chapter 13 Proceeding |
| **Debtor** | ) | May 28, 2019 |

## NOTICE OF APPEARANCE AND REQUEST FOR
## ALL NOTICES AND PLEADINGS

Sara M. Buchanan of the firm of Bendett & McHugh, P.C. hereby appears on behalf of **JPMorgan Chase Bank, National Association** and requests that, pursuant to Bankruptcy Rule 2002(g), Sara M. Buchanan, Esq. of Bendett & McHugh, P.C. receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, conformed copies of orders, and any other documents or instruments filed in the above-captioned bankruptcy proceeding.  All such documents should be served upon the following:

> **Sara M. Buchanan, Esq.**
> **Bendett & McHugh, P.C.**
> **270 Farmington Avenue, Suite 171**
> **Farmington, CT  06032**

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy, or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Farmington, Connecticut this 29th day of May, 2019.

By /s/ Sara M. Buchanan
Sara M. Buchanan
Movant's Attorney
Federal Bar No.ct30340
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
Email: BKECF@bmpc-law.com

CERTIFICATION OF SERVICE

I hereby certify that on this 29th day of May, 2019, a copy of the foregoing was served to the following:

| | |
|---|---|
| Michael H. Kollar<br>Debtor<br>5 Salt Box Circle<br>Uncasville, CT 06382<br>*Via First Class Mail* | Jonathan G. Cohen, Esq.<br>Debtor's Attorney<br>*Via Electronic Notice of Filing* |
| Roberta Napolitano, Esq.<br>Trustee<br>*Via Electronic Notice of Filing* | U.S. Trustee<br>Office of the U.S. Trustee<br>*Via Electronic Notice of Filing* |

By */s/ Sara M. Buchanan*
Sara M. Buchanan
Movant's Attorney
Federal Bar No.ct30340
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
Email: BKECF@bmpc-law.com