UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MICHAEL H. KOLLAR | : CASE NO. 19-20861-JJT |
| | : September 30, 2020 |
| Debtor(s) | |

MOTION for CONTINUANCE

Roberta Napolitano, Chapter 13 Trustee, respectfully represents:

The Debtor's Plan (ECF No. 46) is scheduled to be heard on October 1, 2020.

The Trustee has requested documentation of certain Means Test expenses from the Debtor which have not been received. These items consist of the cost and duration of the Debtor's DSO obligations and the cost and duration of any retirement plan loans of the Debtor and/or his spouse. The Trustee requests that the hearing be continued the next available hearing date.

The Debtor consents to continuance of the hearing.

      WHEREFORE, the Trustee moves that the Court continue the hearing on the Chapter 13 Plan to its next available date.

      /s/ Roberta Napolitano_____
Roberta Napolitano tr08378
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel:  860-278-9410, ext. 110
Fax:  860-527-6185
rnapolitano@ch13rn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE: : CHAPTER 13
MICHAEL H. KOLLAR : CASE NO. 19-20861-JJT
: September 30, 2020
Debtor(s)

CERTIFICATION

    This is to certify that a copy of the Motion for Continuance was mailed by first class mail, postage prepaid, on the above date, to the following:

DEBTOR(S) HEREIN:
MICHAEL H. KOLLAR
5 SALT BOX CIRCLE
UNCASVILLE, CT 06382

Served electronically:
ATTORNEY FOR THE DEBTOR(S): JONATHAN G. COHEN, ESQ.:
jgcohen@yahoo.com.
OFFICE OF THE UNITED STATES TRUSTEE: USTPRegion02.NH.ECF@USDOJ.GOV.

                                                /s/ *Roberta Napolitano*_____
                                                Roberta Napolitano tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE: : CHAPTER 13
MICHAEL H. KOLLAR : CASE NO. 19-20861-JJT
    Debtor(s)

Proposed ORDER CONTINUING HEARING

After review of the Trustee's Motion to Continue the Chapter 13 Plan, it is ORDERED that the motion is GRANTED and the hearing on the Trustee's Chapter 13 Plan is continued to _____ at _____ a.m./p.m. at the United States Bankruptcy Court.